Page: 1

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Case Number:** 20-16797 RAM  
**Case Name:** Odyssey Real Estate Holdings LLC  
**Period Ending:** 03/31/22

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE  
**Filed (f) or Converted (c):** 09/29/21 (c)  
**§341(a) Meeting Date:** 11/15/21  
**Claims Bar Date:** 12/17/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Synovus Bank Account | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts receivable<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 210,735.00 | 0.00 | | 0.00 | FA |
| 3 | 8050 NW 90th St., Medley, FL<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 5,000,000.00 | 0.00 | | 0.00 | FA |
| 4 | 8050 NW 90th St., Medley, FL Test Cell<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 5,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | 8050 NW 90th St., Medley, FL Wood Shop<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 88,889.00 | 0.00 | | 0.00 | FA |
| 6 | 8050 NW 90th St., Medley, FL Garage<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 16,667.00 | 0.00 | | 0.00 | FA |
| 7 | 8050 NW 90th St., Medley, FL MRO Shop<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 835,556.00 | 0.00 | | 0.00 | FA |
| 8 | East West Bank (u)<br>CLOSEOUT OF CHAPTER 11 ACCOUNT | 0.00 | 123.54 | | 123.54 | FA |
| 9 | Lease with JA Aerocell<br>COMPANY IS IN BANKRUPTCY | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$11,151,847.00** | **$123.54** | | **$123.54** | **$0.00** |

**Major activities affecting case closing:**  
CBD: 12/17/21  
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THIS CASE CONVERTED FROM A CHAPTER 11.  IT IS JOINLY ADMINISTERED WITH SEVEN OTHER RELATED CASES.  THE TRUSTEE HIRED DREW DILLWORTH, ESQ. TO REPRESENT THE ESTATE.

**Initial Projected Date of Final Report (TFR):** March 31, 2024   **Current Projected Date of Final Report (TFR):** March 31, 2024

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 20-16797 RAM | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| --- | --- | --- | --- |
| **Case Name:** | Odyssey Real Estate Holdings LLC | **Bank Name:** | Signature Bank |
| | | **Account:** | ******2476 - Checking |
| **Taxpayer ID#:** | ******0239 | **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Period:** | 04/01/21 - 03/31/22 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/13/21 | Asset #8 | EAST WEST BANK CASHIERS CHECK | CLOSEOUT OF CHAPTER 11 BANK ACCOUNT | 1290-010 | 123.54 | | 123.54 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 123.54<br>0.00 | 0.00<br>0.00 | $123.54 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 123.54 | 0.00<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$123.54** | **$0.00** | |

| | | |
| --- | --- | --- |
| Net Receipts: | $123.54 | |
| Net Estate: | $123.54 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **Checking # ******2476** | 123.54 | 0.00 | 123.54 |
| | $123.54 | $0.00 | $123.54 |